UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
CHERYL DIANE JACKSON

CASE NO. 04 B 40447

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor  
SSN XXX-XX-0548

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/01/04 and confirmed on 12/30/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 26886.12 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 16600.00 | 2092.59 | 16600.00 |
| ALAN VILLANEUVA DMD | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN MEDICAL COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1411.27 | .00 | 470.14 |
| BLATT HASENMILLER LEIBSK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ACQUISTION MGMT | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE NEONATOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT PUBLIC AID | UNSECURED | 5072.00 | .00 | 1689.63 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| RADHIKA N CHAWLA MD | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 2325.29 | .00 | 774.62 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1143.81 | .00 | 381.04 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1581.49 | .00 | 526.84 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 16600.00 | .00 | 11533.86 | .00 | 28133.86 |
| PRINCIPAL PAID | 16600.00 | .00 | 3842.27 | .00 | 20442.27 |
| INTEREST PAID | 2092.59 | .00 | .00 | .00 | 2092.59 |
| TOTAL PAID | 18692.59 | .00 | 3842.27 | .00 | 22534.86 |

The Debtor's attorney, PETER FRANCIS GERACI    , was allowed $ 2700.00 and was paid $ 2700.00 .

The Trustee received $ 1165.14 .

Refunds to the Debtor totaled $ 486.12 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/13/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 04 B 40447 CHERYL DIANE JACKSON